A00A1502. WILLIS et al. v. FIRST DATA POS, INC.
(553 SE2d 319)

ELDRIDGE, Judge.

In *First Data POS v. Willis,* 273 Ga. 792 (546 SE2d 781) (2001), the Supreme Court reversed the judgment of Division 3 of this Court's opinion in *Willis v. First Data POS,* 245 Ga. App. 121 (536 SE2d 198) (2000). Therefore, we vacate Division 3 of our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Blackburn, C. J., and Barnes, J., concur.*

DECIDED JULY 31, 2001.

*King & Croft, F. Carlton King, Jr.,* for appellants.
*Sutherland, Asbill & Brennan, Thomas A. Cox, Kristen J. Indermark,* for appellee.